# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BARBARA ECKERT MURRAY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IBEW LOCAL UNION NO. 98 | : | NO. 10-3852 |
| PENSION PLAN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *17th* day of *May*, 2011, upon consideration of Defendant IBEW Local Union No. 98 Pension Plan's Motion to Strike Exhibits and Allegations from Plaintiff's Response to Defendant's Motion for Summary Judgment (Docket No. 18), Plaintiff Barbara Eckert Murray' Praecipe to Strike the Defendant's Motion (Docket No. 22), and Defendant's Reply Brief (Docket No. 23), it is hereby **ORDERED** that the Motion is **GRANTED** and the Court strikes from Plaintiff's Response to Defendant's Motion for Summary Judgment the following documents/allegations: Exhibits B, C, D. J, and K, as well as paragraphs 1-6 and 9 of Exhibit A (Plaintiff's affidavit).

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.