## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ECKERT MURRAY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IBEW LOCAL UNION NO. 98 | : | NO.  10-3852 |
| PENSION PLAN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *17ᵗʰ* day of *May*, 2011, upon consideration of Defendant IBEW Local

Union No. 98 Pension Plan's Motion for Summary Judgment (Docket No. 16), the Response of

Plaintiff Barbara Eckert Murray (Docket No. 17), and Defendant's Reply Brief (Docket No. 19),

it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on the entirety

of the Complaint.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.